```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/06
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :     INFORMATION

    -v.-                              :

YVONNE AMBROSE,                     :     S4 05 Cr. 482 (GEL)

                      Defendant.   :

- - - - - - - - - - - - - - - - - - - -x

## COUNT ONE

The United States Attorney charges:

1. From in or about December 2004 up to and including in or about May 2005, in the Southern District of New York and elsewhere, YVONNE AMBROSE, the defendant, and others known and unknown, unlawfully, intentionally and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that YVONNE AMBROSE, the defendant, and others known and unknown, unlawfully, intentionally and knowingly would and did distribute and possess with intent to distribute a controlled substance, to wit, 5 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B).

3. It was a further part and an object of the conspiracy that YVONNE AMBROSE, the defendant, and others known

and unknown, unlawfully, intentionally and knowingly would and did distribute and possess with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C).

(Title 21, United States Code, Section 846.)

/s/ Michael J. Garcia
MICHAEL J. GARCIA
United States Attorney

Case 1:05-cr-00482-LAP    Document 127    Filed 06/29/06    Page 3 of 3